NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

In re: **PIETRO PASQUALE ANTONIO SGROMO,**

*Petitioner*

2020-108

On Petition for Writ of Mandamus to the United States District Court for the Eastern District of Texas in No. 2:19-cv-00068-RSP, Magistrate Judge Roy S. Payne.

**ON PETITION**

PER CURIAM.

**O R D E R**

Pietro Pasquale Antonio Sgromo petitions for a writ of mandamus to compel the United States District Court for the Eastern District of Texas to reverse its dismissal of the case and grant injunctive and other relief.

Mr. Sgromo filed a complaint in the Eastern District of Texas, alleging, inter alia, infringement of two patents. On September 13, 2019, the district court entered judgment dismissing the case. On September 23, 2019, Mr. Sgromo moved for reconsideration and to alter the judgment. On September 27, 2019, the district court denied those

requests.  On October 13, 2019, Mr. Sgromo filed this petition for writ of mandamus in the district court.

Mandamus is not available to Mr. Sgromo because he could have obtained review of the district court's decisions through direct appeal.  *See In re Pollitz*, 206 U.S. 323, 331 (1907) ("[M]andamus cannot . . . be used to perform the office of an appeal.").  However, we may construe a petition as a notice of appeal if filed within the filing deadline.  Those are the circumstances here.  We therefore construe the petition as a timely notice of appeal and direct the clerk to docket the appeal in the usual course.

Accordingly,

IT IS ORDERED THAT:

The petition for writ of mandamus is denied because the matter is treated as a timely notice of appeal.  The clerk is directed to docket the case as an appeal.

FOR THE COURT

January 31, 2020                    /s/ Peter R. Marksteiner
      Date                          Peter R. Marksteiner
                                    Clerk of Court

s28